MAJESTIC FINANCE & DISCOUNT CORP. v. RICHARD F. SCHAUB, COMMISSIONER NEW JERSEY DEPARTMENT OF BANKING.

April 1, 1976. Petition for certification granted. (See 137 *N. J. Super.* 325)

JEAN GORTON v. RELIANCE INSURANCE COMPANY.

April 1, 1976. Petition for certification granted. (See 137 *N. J. Super.* 558)

RAYMOND SCOTT v. CARMEN ROSSELL.

April 1, 1976. Petition for certification denied.

JAMES DUFFY v. DR. J. ACKERHALT.

April 1, 1976. Petition for certification denied. (See 138 *N. J. Super.* 119)

APPROVED FINANCE COMPANY v. RICHARD F. SCHAUB, COMMISSIONER NEW JERSEY DEPARTMENT OF BANKING.

April 1, 1976. Petition for certification granted. (See 137 *N. J. Super.* 325)